IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANNAH GRIFFITH, | : | |
| | : | |
| *Plaintiff* | : | Civil Action No. 1:21-cv-0813-CCC |
| v. | : | |
| | : | |
| JUNIATA COLLEGE | : | |
| | : | |
| *Defendant* | : | |

**STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(ii)**

Plaintiff Hannah Griffith and Defendant Juniata College, constituting all of the parties of record in the above-captioned action, hereby stipulate and agree to the dismissal of the above-captioned action in its entirety with prejudice, with each party to bear its own costs.

APPROVED BY THE COURT:

_____

RAFFAELE & ASSOCIATES, LLC

By __*/s/ Adrianna A. Cherkas*__
     Adrianna A. Cherkas
     1230 County Line Road
     Bryn Mawr, PA 19010
     610-922-4200
*Attorneys for Plaintiff*

2

MCNEES WALLACE & NURICK LLC

By <u>*s/Kimberly M. Colonna*</u>
      Kimberly M. Colonna
      PA No. 80362
      100 Pine Street
      Harrisburg, PA 17101
*Counsel for Juniata College*